UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY TANKSLEY,<br><br>            Plaintiff,<br><br>      v.<br><br>SUTTER GENERAL EMERGENCY ROOM, et al.,<br><br>            Defendants. | No.  2:15-cv-0386 TLN CKD PS<br><br><br>ORDER |

Plaintiff has not paid the fee ordinarily required to file an action in this court and has not filed an application to proceed without prepayment of fees. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within fourteen days from the date of this order, either a completed application and affidavit in support of a request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

/////

/////

1

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis used in non-prisoner cases.

Dated:  February 26, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 tanksley.inc