UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY TANKSLEY,<br><br>          Plaintiff,<br><br>     v.<br><br>SUTTER GENERAL EMERGENCY ROOM, et al.,<br><br>          Defendants. | No. 2:15-cv-0386 TLN CKD PS<br><br>FINDINGS AND RECOMMENDATIONS |

     By order filed February 26, 2015, plaintiff was granted fourteen days in which to submit either a completed application and affidavit in support of a request to proceed in forma pauperis or the appropriate filing fees to the Clerk of Court.  Plaintiff was cautioned that failure to comply with the order would result in a recommendation that the action be dismissed.  Plaintiff has not filed an in forma pauperis application, has not paid the requisite fees and has not otherwise responded to the court's order.

     Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

     These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 18, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 tanksley.ftc