UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOODY WOODROW TANKSLEY,<br><br>         Plaintiff,<br><br>    v.<br><br>SUTTER GENERAL EMERGENCY ROOM, et al.,<br><br>         Defendants. | No. 2:15-cv-386-TLN-CKD<br><br>**ORDER DENYING MOTION TO RECONSIDER** |

Plaintiff Moody Woodrow Tanksley ("Plaintiff"), proceeding pro se, filed the instant action against the Sutter General Emergency Room ("Defendant") on February 18, 2015. (Compl., ECF No. 1.) On March 19, 2015, Magistrate Carolyn k. Delaney issued a Finding and Recommendation ("F&R"), advising that Plaintiff's claims be denied and that the case be closed. (F&R, ECF No. 5.) On April 13, 2015, this Court adopted the F&R and ordered that the case be closed. (Order, ECF No. 7.) Plaintiff has filed a Motion for Reconsideration. (ECF No. 10.)

Federal Rule of Civil Procedure 60(b) ("Rule 60") states as follows:

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:
>
> (1) mistake, inadvertence, surprise, or excusable neglect;
>
> (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial

1

under Rule 59(b);

(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;

(4) the judgment is void;

(5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or

(6) any other reason that justifies relief.

Therefore, for relief to be afforded, Plaintiff must meet one of Rule 60(b)'s criteria for relief.

Plaintiff's motion is full of ramblings and conspiracy theories without any factual allegations that could support relief under Rule 60(b).  Plaintiff has not met this burden and cannot be afforded relief.  As such, Plaintiff's motion (ECF No. 10) is DENIED.

IT IS SO ORDERED.

Dated:  October 8, 2015

Troy L. Nunley
United States District Judge